

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARTURO SALINAS-MENDEZ | * |
| | * |
| VS | * C.A. NO. B-02-158 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-00-359) |

## NOTICE OF DISMISSAL
## FOR LACK OF PROSECUTION

On September 27, 2002, the Court reviewed the case file in the above-captioned matter, and it appears that on August 16, 2002, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner has failed to response and has not submitted the application to proceed in forma pauperis.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by October 28, 2002.

DONE at Brownsville, Texas, this 27th day of September 2002.

Felix Recio
United States Magistrate Judge