AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

SEP 3 0 2002

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
FILED

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: **B - 0 2 - 1 5 8**

I, __Arturo Salinas-Mendez__ declare that I am the (check appropriate box)

☒ petitioner/~~plaintiff/movant~~  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Federal Correctional Complex-Beaumont, Texas__

    Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?     ☒ Yes     ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
        Food Service worker at the FCC-Medium Beaumont, Texas  17¢ per hour

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NON

I declare under penalty of perjury that the above information is true and correct.

_8-25-002_         _Arturo M Salin_
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
0$                         ACCOUNT
0$                        STATEMENT
FCC BMT - LIMITED OFFICIAL USE                      DATE 08/25/02
BEAUMONT, TX                                        PAGE No.01



                                         Account # 94301079

         SALINAS-MENDEZ ARTURO NMI
         QA
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|   | 25.60 | .00 | .00 | .00 | 25.60 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP01P | 7:54 | 10-02-01 | PERFORMANCE PAY | 24.00 | 49.60 |
| 7EEBEC | 21:07 | 10-03-01 | DEPOSIT ITS FUNDS | 20.00- | 29.60 |
| T05601 | 10:34 | 10-25-01 | MONEY ORDER | 10.00 | 39.60 |
| T06107 | 12:15 | 10-29-01 | MONEY ORDER | 25.00 | 64.60 |
| 85326E | 17:44 | 11-01-01 | DEPOSIT ITS FUNDS | 20.00- | 44.60 |
| OCT01P | 7:59 | 11-02-01 | PERFORMANCE PAY | 28.80 | 73.40 |
| 000052 | 17:11 | 11-05-01 | SALE / REGULAR | 1.50- | 71.90 |
| T10000 | 11:28 | 11-16-01 | MONEY ORDER | 20.00 | 91.90 |
| 8B7154 | 20:48 | 11-27-01 | DEPOSIT ITS FUNDS | 20.00- | 71.90 |
| NOV01P | 7:05 | 12-04-01 | PERFORMANCE PAY | 32.54 | 104.44 |
| IOS007 | 10:14 | 12-04-01 | FIN. RESP. ACT | 25.00- | 79.44 |
| T20216 | 13:35 | 12-26-01 | MONEY ORDER | 10.00 | 89.44 |
| 933046 | 21:26 | 12-29-01 | DEPOSIT ITS FUNDS | 5.00- | 84.44 |
| DEC02P | 8:16 | 01-03-02 | PERFORMANCE PAY | 28.80 | 113.24 |
| T23322 | 11:59 | 01-09-02 | MONEY ORDER | 30.00 | 143.24 |
| 961C1E | 17:42 | 01-09-02 | DEPOSIT ITS FUNDS | 20.00- | 123.24 |
| T24354 | 12:07 | 01-14-02 | MONEY ORDER | 20.00 | 143.24 |
| JAN02P | 8:22 | 02-04-02 | PERFORMANCE PAY | 32.64 | 175.88 |
| T29530 | 12:46 | 02-06-02 | MONEY ORDER | 25.00 | 200.88 |
| 9EBE46 | 18:42 | 02-14-02 | DEPOSIT ITS FUNDS | 10.00- | 190.88 |
| T31639 | 9:56 | 02-15-02 | MONEY ORDER | 110.00 | 300.88 |
| T34006 | 10:34 | 02-26-02 | MONEY ORDER | 50.00 | 350.88 |
| A16FF0 | 16:48 | 02-27-02 | DEPOSIT ITS FUNDS | 10.00- | 340.88 |
| FEB02P | 7:53 | 03-04-02 | PERFORMANCE PAY | 29.76 | 370.64 |
| IOS016 | 9:45 | 03-04-02 | FIN. RESP. ACT | 25.00- | 345.64 |
| A41975 | 17:41 | 03-08-02 | DEPOSIT ITS FUNDS | 5.00- | 340.64 |
| 000052 | 16:56 | 03-11-02 | SALE / REGULAR | 3.80- | 336.84 |
| A7D165 | 17:13 | 03-23-02 | DEPOSIT ITS FUNDS | 6.00- | 330.84 |
| A88AE3 | 17:03 | 03-27-02 | DEPOSIT ITS FUNDS | 10.00- | 320.84 |
| MAR02P | 9:31 | 04-02-02 | PERFORMANCE PAY | 26.88 | 347.72 |
| AD2D95 | 11:08 | 04-14-02 | DEPOSIT ITS FUNDS | 7.00- | 340.72 |
| AFF8A1 | 11:25 | 04-27-02 | DEPOSIT ITS FUNDS | 5.00- | 335.72 |
| APR02P | 7:57 | 05-02-02 | PERFORMANCE PAY | 31.22 | 366.94 |
| B206D9 | 11:28 | 05-05-02 | DEPOSIT ITS FUNDS | 4.00- | 362.94 |
| 000068 | 16:52 | 05-06-02 | SALE / REGULAR | 1.90- | 361.04 |
| T51198 | 10:58 | 05-10-02 | MONEY ORDER | 10.00 | 371.04 |
| B41167 | 11:10 | 05-12-02 | DEPOSIT ITS FUNDS | 10.00- | 361.04 |
| T51569 | 12:10 | 05-13-02 | MONEY ORDER | 25.00 | 386.04 |
| 000047 | 16:50 | 05-13-02 | SALE / REGULAR | 16.30- | 369.74 |
| B7C374 | 19:14 | 05-29-02 | DEPOSIT ITS FUNDS | 4.00- | 365.74 |

```
0:T55571 10:22   05-30-02 MONEY ORDER                    40.00         405.74
```

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---:|---:|---:|---:|---:|
| 450.23 | .00 | .00 | .00 | 450.23 |

Case 1:02-cv-00158   Document 3   Filed in TXSD on 09/30/2002   Page 5 of 6

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---:|---:|---:|---:|---:|
| 450.23 | .00 | .00 | .00 | 450.23 |

```
0$
```

ACCOUNT STATEMENT

FCC BMT - LIMITED OFFICIAL USE  
BEAUMONT, TX

DATE 08/25/02  
PAGE No.02

Account # 94301079

SALINAS-MENDEZ ARTURO NMI  
QA

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |         |
|---------|-------|----------|-------------------------|---------|---------|
| MAY02P  | 7:06  | 06-04-02 | PERFORMANCE PAY         | 30.96   | 436.70  |
| IOS025  | 9:38  | 06-04-02 | FIN. RESP. ACT          | 25.00-  | 411.70  |
| BA252A  | 8:16  | 06-08-02 | DEPOSIT ITS FUNDS       | 5.00-   | 406.70  |
| BC0DB0  | 8:49  | 06-15-02 | DEPOSIT ITS FUNDS       | 5.00-   | 401.70  |
| BF2501  | 20:19 | 06-28-02 | DEPOSIT ITS FUNDS       | 1.00-   | 400.70  |
| JUN02P  | 8:06  | 07-02-02 | PERFORMANCE PAY         | 32.18   | 432.88  |
| C07FCC  | 18:11 | 07-03-02 | DEPOSIT ITS FUNDS       | 12.00-  | 420.88  |
| T65967  | 14:25 | 07-15-02 | MONEY ORDER             | 15.00   | 435.88  |
| C5B9E0  | 20:10 | 07-22-02 | DEPOSIT ITS FUNDS       | 5.00-   | 430.88  |
| 000051  | 17:04 | 07-29-02 | SALE / REGULAR          | 9.75-   | 421.13  |
| 000053  | 17:06 | 07-29-02 | SALE / REGULAR          | .90-    | 420.23  |
| C7C898  | 18:43 | 08-01-02 | DEPOSIT ITS FUNDS       | 5.00-   | 415.23  |
| JUL02P  | 8:01  | 08-02-02 | PERFORMANCE PAY         | 41.00   | 456.23  |
| CA6F5B  | 18:31 | 08-09-02 | DEPOSIT ITS FUNDS       | 6.00-   | 450.23  |

**** TRANSACTION TOTAL ****        424.63