UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

```
United States District Court
  Southern District of Texas
         ENTERED
        OCT 0 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk
```

| | | |
|---|---|---|
| ARTURO SALINAS-MENDEZ | * | |
| VS | * | C.A. NO. B-02-158 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-359) |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **December 9, 2002**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 8th day of October 2002.

_____
Felix Recio
United States Magistrate Judge